**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Adan RODRIGUEZ, Defendant–**
**Appellant.**

No. 05–10040.

United States Court of Appeals,
Fifth Circuit.

Decided June 23, 2005.

Susan B. Cowger, Kim L. McCabe, Us Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: [1]

IT IS ORDERED that Appellees unopposed motion to vacate the sentence is GRANTED.

IT IS FURTHER ORDERED that Appellees unopposed motion to remand the case to the Northern District of Texas, Dallas Division for resentencing is GRANTED.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.